IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 3:21-cr-18 (CAR) |
| JAKWON KENDARIUS MAPP, : | |
| : | |
| Defendant. : | |
| _____ : | |

### ORDER REVOKING PRETRIAL RELEASE

Defendant Jakwon Kendarius Mapp appeared on December 21, 2021, for a hearing on a Petition for Action on Conditions of Pretrial Release, pursuant to 18 U.S.C. § 3148. The Government presented clear and convincing evidence that Defendant violated the Court's conditions of release as stated in the petition. The Court further finds that there are no other conditions of that will assure that Defendant will not pose a danger to the safety of any other person or the community.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 21st day of December, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge